# MEMORANDUM DECISIONS.

BANK OF TOPEKA v. EATON et al. (Circuit Court of Appeals, First Circuit. April 5, 1901.) No. 342. In Error to the Circuit Court of the United States for the District of Massachusetts. Nelson H. Loomis (George A. Sanderson, Harry L. Rollins, and Overmeyer, Mulvane & Gault, on the brief), for plaintiff in error. Henry Wheeler (Edward W. Hutchins, on the brief), for defendants in error Eaton & Fuller. Mayhew R. Hitch, for defendants in error Sanford & Keeley and others. Charles T. Gallagher, for defendants in error Richardson and others. Before COLT, Circuit Judge, and WEBB and BROWN, District Judges.

PER CURIAM. This court concurs in the reasoning of Judge Putnam, holding that the declaration is insufficient and sustaining the demurrer. Our conclusion therefore is, and it is so ordered, that the judgment of the circuit court be affirmed, with costs for the defendants in error. 100 Fed. 8. The judgment of the circuit court is affirmed, with costs for the defendants in error.